IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| SONYA L. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:11-cv-00064 |
| | ) | |
| ONEMAIN FINANCIAL, INC., | ) | |
| FORMERLY KNOWN AS | ) | |
| CITIFINANCIAL, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sonya L. Robinson and Defendant OneMain Financial, Inc., through their undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice and without costs to any party.

Respectfully submitted, this 2nd day of August, 2013.

| | |
|---|---|
| /s/James G. Stranch by RLB w/permission | s/ Robert L. Bowman |
| James G. Stranch, III. (#2542) | Robert L. Bowman, BPR # 17266 |
| Branstetter, Stranch & Jennings, PLLC | Kramer Rayson LLP |
| 227 Second Avenue North, Fourth Floor | Post Office Box 629 |
| Nashville, TN 37201-1631 | Knoxville, Tennessee 37901-0629 |
| 615-254-8801 | 865-525-5134 |
| **Attorney for Plaintiff** | **Attorney for Defendant** |
| | **OneMain Financial, Inc.** |